# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO.  549 |
| | : | |
| APPOINTMENT OF THE CHAIR OF THE | : | Judicial Administration Docket |
| LEGISLATIVE REAPPORTIONMENT | : | |
| COMMISSION | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of May, 2021, pursuant to Article II, Section 17(b) of the Pennsylvania Constitution, Mark A. Nordenberg of Allegheny County is hereby appointed as Chair of the Pennsylvania Legislative Reapportionment Commission.